**No. 10-5818. Eudale Jackson, Petitioner v. California.**

562 U.S. 968, 131 S. Ct. 470, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 8050.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-5819. Wallace C. Jones, Jr., Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 968, 131 S. Ct. 470, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 7928.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5820. Daniel Shawn Newsom, Petitioner v. D. L. Runnels, Warden, et al.**

562 U.S. 968, 131 S. Ct. 470, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 8007.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 641.

**No. 10-5821. William R. Perrego, Petitioner v. Pennsylvania.**

562 U.S. 968, 131 S. Ct. 470, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 8064.

October 12, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 988 A.2d 727.

**No. 10-5823. Alberta Hubbard, Petitioner v. Detroit Public Schools.**

562 U.S. 968, 131 S. Ct. 470, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 8120,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 372 Fed. Appx. 631.

**No. 10-5824. Jerry Lynn Taylor, Petitioner v. James A. Yates, Warden.**

562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 8057,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5825. Raynard Vallery, Petitioner v. Michael A. Smelosky, Warden.**

562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 8097.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5826. Justin L. Venegas, Petitioner v. Texas.**

562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 7982,

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.